# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| TIFFANY BLACKWELL | Civil Action No.: |
| Plaintiff, | |
| v. | |
| CAMPBO d/b/a BOJANGLES | |
| Defendant. | |

## COMPLAINT FOR DAMAGES

COMES NOW, Tiffany Blackwell ("Plaintiff"), by and through her undersigned counsel, and files this Complaint for Damages against CAMPBO d/b/a Bojangles ("Defendant") pursuant to the Americans with Disabilities Act (ADA) and the South Carolina Human Affairs Law (SCHAL), and shows the Court as follows:

## JURISDICTION AND VENUE

1.

Plaintiff invokes the jurisdiction of this court pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f).

2.

The unlawful employment practices alleged in this Complaint were committed within this district. In accordance with 28 U.S.C. § 1391 and 42 U.S.C.§2000(e)-5(f), venue is appropriate in this Court.

## PARTIES

3.

Plaintiff is a female citizen of the United States of America and is subject to the jurisdiction of this Court.

4.

Defendant is qualified and licensed to do business in South Carolina and at all times material hereto has conducted business within this District. Defendant is subject to specific personal jurisdiction in this Court over the claims asserted herein.

5.

On January 21, 2026, Plaintiff received her Notice of Right to Sue from the EEOC. Therefore, Plaintiff has timely filed her complaint for damages within the 90-day period.

6.

Defendant may be served with process by delivering a copy of the summons and complaint through the following address: 301 East Boulevard, Chesterfield, South Carolina 29709.

**FACTUAL ALLEGATIONS**

7.

Defendant is now, and at all times relevant hereto, and has been an employer subject to the ADA and SCHAL.

8.

Plaintiff began working at Defendant in August 2024, as Assistant Manager.

9.

Plaintiff was diagnosed with Congestive Heart Failure and hypertension in September 2024.

10.

2

On or around July 21, 2025, at around 11:00am, Plaintiff sent a text message to her supervisor, Michael Haynes, informing him that her medical provider had ordered her to take two weeks of unexpected leave for her high blood pressure to be regulated.

11.

On July 21, 2025, Plaintiff was scheduled to work at 3:00pm.

12.

Defendant's policy was for employees to provide notice of being absent from their shift at least two hours in advance of scheduled shift.

13.

Shortly after, Mr. Haynes responded to her text stating she was being terminated for a breach of policy.

14.

At no point after being notified of Plaintiff's need for unexpected leave and her termination did Defendant engage in the interactive process to determine whether Plaintiff's leave accommodation request was reasonable.

## COUNTS I & II
### (DISABILITY DISCRIMINATION AND RETALIATION in violation of the ADA and the SCHAL)

15.

Plaintiff repeats and re-alleges the preceding paragraphs as if set forth fully herein.

16.

Plaintiff is an individual with a disability under the Americans with Disabilities Act 42 U.S.C. § 12112 and South Carolina Human Affairs Law. Defendant is and, at all times relevant, has been an "employer" as defined by the ADA and SCHAL.

17.

Plaintiff was, at all relevant times, "qualified" to perform her job with Defendant.

18.

Defendant knew, at all relevant times, that Plaintiff had a disability and a record of a disability as defined by the ADA and SCHAL.

19.

Defendant perceived Plaintiff, at all relevant times, as a person with a disability.

20.

Plaintiff engaged in protected conduct under the ADA and SCHAL, when she took unexpected medical leave for her disability.

21.

Defendant retaliated against Plaintiff for the exercise of protected conduct under the ADA and SCHAL, entitling Plaintiff to all appropriate relief under the statute.

22.

Defendant terminated Plaintiff because of her exercise of rights protected by the ADA and SCHAL. Any reason given for Plaintiff's termination is pretext for unlawful retaliation.

23.

Accordingly, Defendant is liable for the damages Plaintiff has sustained because of Defendant's unlawful discrimination and retaliation against Plaintiff under the ADA and SCHAL.

24.

As a result of her termination, Plaintiff has suffered lost wages and other damages for which he is entitled to recover. Defendant's violations of the Americans with Disabilities Act 42 U.S.C.

§ 12112 and the South Carolina Human Affairs Law, were reckless and Plaintiff is entitled to compensatory and punitive damages.

## Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court grant:

(a) General damages for mental and emotional suffering caused by Defendant's misconduct;

(b) Punitive damages based on Defendant's willful, malicious, intentional, and deliberate acts, including ratification, condemnation and approval of said acts;

(c) Special damages and/or liquidated damages for lost wages and benefits and prejudgment interest thereon;

(d) Reasonable attorney's fees and expenses of litigation;

(e) Trial by jury as to all issues;

(f) Prejudgment interest at the rate allowed by law;

(g) Declaratory relief to the effect that Defendant has violated Plaintiff's statutory rights;

(h) Injunctive relief of reinstatement, or front pay in lieu thereof, and prohibiting Defendant from further unlawful conduct of the type described herein; and

(i) All other relief to which he may be entitled.

[*Signature on Following Page*]

Dated this 19 February 2026.

                                    **MORGAN & MORGAN P.A.**

                                    */s/ Cooper Klaasmeyer*
                                    COOPER KLAASMEYER, ESQ.
                                    Federal Id:     14272
                                    4401 Belle Oaks Drive, Suite 300
                                    North Charleston, SC 29405
                                    Telephone: (843) 973-5438
                                    Cooper.klaasmeyer@forthepeople.com
                                    teamck@forthepeople.com
                                    **Attorneys for the Plaintiff**

February 19, 2026
Charleston, South Carolina