UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Tiffany Blackwell, | ) | Case No. 2:26-CV-00692-JD-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Defendant's Responses to Rule 26.01** |
| | ) | |
| Campbo d/b/a Bojangles, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, by and through the undersigned legal counsel, does hereby answer those interrogatories required by Local Civil Rule 26.01 as follows:

(A)      State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: None of which the Defendant is aware.**

(B)      As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:  Jury. The Defendant requests a jury trial as to all genuine, disputed issues of material fact, if any.**

(C)      State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER: Defendant is not a publicly owned company.**

(D)      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

1

**ANSWER: The events giving rise to this lawsuit occurred in Chesterfield County, which is within the Florence Division.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: None known to Defendant.**

(F)     If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: The Defendant is improperly identified. The correct identification is Campbo Corporation.**

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: The Defendant does not contend at this time that any person or entity is liable to it.**

WILLCOX, BUYCK & WILLIAMS, P.A.

2

By:    <u>s/ J. Scott Kozacki</u>
J. Scott Kozacki
Fed Id. No. 5456
PO Box 1909
Florence, SC 29503-1909
(843) 662-3258 Telephone
(843) 662-1342 Fax
Email: skozacki@WillcoxLaw.com
ATTORNEY FOR DEFENDANT

March 18, 2026
Florence, South Carolina