

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    }

                                      } ss.

NORTHERN DISTRICT OF GEORGIA    }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JEREMY STEPHENS, State Bar No. 702063,** was duly admitted to practice in said Court on December 4, 2020, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of September, 2025.

KEVIN P. WEIMER
CLERK OF COURT



By: _Stephanie Wilson-Bynum_ _____

Stephanie Wilson-Bynum
Deputy Clerk