UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Tiffany Blackwell, | ) | Case No. 2:26-CV-00692-JD-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Joint Rule 26(f) Report** |
| | ) | |
| Campbo d/b/a Bojangles, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

s/ J. Scott Kozacki
J. Scott Kozacki
Fed Id. No. 5456
Email: skozacki@WillcoxLaw.com
PO Box 1909
Florence, SC 29503-1909
(843) 662-3258 Telephone
ATTORNEY FOR DEFENDANT


s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Esq.
Federal Id: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5438
Cooper.klaasmeyer@forthepeople.com
teamck@forthepeople.com
ATTORNEYS FOR PLAINTIFF

April 23, 2026
Florence, South Carolina