UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Tiffany Blackwell, | ) | Case No. 2:26-CV-00692-JD-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Joint Rule 26(f) Discovery Plan** |
| | ) | |
| Campbo d/b/a Bojangles, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, by and through the undersigned legal counsel pursuant to Rule 26(f), Fed. R. Civ. P., hereby submits the following joint proposed discovery plan:

**Fed. R. Civ. P. Rule 26(f) Discovery Plan**

**(A)     Changes that should be made in timing, form, or requirement for disclosure under Rule 26(a), including a statement of when initial disclosures were made or will be made:**

The parties agreed to waive the 26(a)(1) disclosures. The parties will independently file

Local Rule 26.03 Responses separately.

**(B)     The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues:**

Discovery will be needed on the following subjects:

(1) Plaintiff's allegations regarding his claim;

(2) The alleged damages sought by Plaintiff;

(3) Defendant's alleged affirmative defenses as set forth in the Answer and any other defenses that may become applicable during discovery;

(4) all other issues raised by the pleadings;

(5) any expert disclosures; and

1

(6) all other matters that will reasonably lead to the discovery of admissible evidence.

The date proposed pursuant to the Scheduling Order for completion of all discovery is:

**September 14, 2026**. Unless modified herewith, or by subsequent agreement of the parties or leave of the Court, the parties agree to adhere to those deadlines and procedures set out in the Federal and Local Rules as they pertain to discovery. Supplementations of reports or information shall be made by the parties reasonably as they become aware that information previously disclosed is incomplete or incorrect, and in any event, not later the end of the discovery period and again thirty (30) days before the beginning of the session of Court at which the case is set for trial, in conjunction the other disclosures required by Rule 26(a)(3).

**(C) Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:**

There are currently no issues which the parties are aware of regarding discovery of electronically stored information (ESI).

**(D) Any issues about claims of privilege or of protection as trial preparation material, including--if the parties agree on a procedure to assert these claims after production -- whether to ask the court to include their agreement in an order:**

There are currently no issues which the parties are aware of regarding claims of privilege/protection of trial preparation materials.

**(E) Changes that should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed:**

There are currently no changes which should be made in the limitations on discovery imposed by the federal or local rules of practice and no additional orders that this Court should issue at this time.

2

**(F) Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c):**

There are currently no other orders that the court should issue under 26(c) or under Rule

16(b) and (c).


s/ J. Scott Kozacki
J. Scott Kozacki
Fed Id. No. 5456
Email: skozacki@WillcoxLaw.com
PO Box 1909
Florence, SC 29503-1909
(843) 662-3258 Telephone
ATTORNEY FOR DEFENDANT


s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Esq.
Federal Id: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5438
Cooper.klaasmeyer@forthepeople.com
teamck@forthepeople.com
ATTORNEYS FOR PLAINTIFF

April 23, 2026
Florence, South Carolina

3