UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Tiffany Blackwell, | ) | Case No. 2:26-CV-00692-JD-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Stipulation of Dismissal** |
| | ) | |
| Campbo d/b/a Bojangles, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Defendant, and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1). Plaintiff and Defendant agree to be responsible for their own costs and attorneys' fees, except as provided by written agreement.

s/ J. Scott Kozacki
J. Scott Kozacki
Fed Id. No. 5456
Email: skozacki@WillcoxLaw.com
PO Box 1909
Florence, SC 29503-1909
(843) 662-3258 Telephone
ATTORNEY FOR DEFENDANT

s/ Jeremy Stephens
Jeremy Stephens
Morgan & Morgan, PA
191 Peachtree Street NE, Suite 4200
Atlanta, Georgia 30303
ATTORNEY FOR PLAINTIFF

June 28, 2026
Florence, South Carolina